### DAMRON v. COMMONWEALTH.

Court of Appeals of Kentucky.
Oct. 31, 1952.

V. R. Bentley, Pikeville, for movant.

J. D. Buckman, Jr., Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court by Willard Damron from a judgment convicting him of having whiskey

in possession for sale in local option territory, and fixing his punishment at a fine of $50 and confinement in jail for 30 days.

A consideration of the record discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.